IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2009 AUG 11 PM 4:38
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY

ROBERT AYERS, et al.,
          Plaintiffs,

-vs-                                 Case No.  A-09-CA-414-SS

BNSF RAILWAY COMPANY,
          Defendant.

## ORDER OF REMAND

BE IT REMEMBERED on this day of August 2009 the Court entered its order remanding this case to state court, and the Court enters the following:

IT IS ORDERED, ADJUDGED, and DECREED that the above-styled case is remanded to the 335th Judicial District Court of Burleson County, Texas.

IT IS FURTHER ORDERED that the Clerk of the Court shall mail a certified copy of this Order of Remand to the Clerk of the 335th Judicial District Court of Burleson County, Texas.  *See* 28 U.S.C. § 1447(c).

IT IS FINALLY ORDERED that all pending motions are DISMISSED AS MOOT.

SIGNED this the 11th day of August 2009.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE